**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000650
23-AUG-2017
11:55 AM**

NO. CAAP-16-0000650

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BRIAN M. YOSHII, Claimant-Appellee-Appellant,
v.
STATE OF HAWAI'I, UNIVERSITY OF HAWAI'I,
Employer-Appellant-Appellee, Self-Insured,
and
FIRST INSURANCE COMPANY OF HAWAI'I, LTD.,
Third-Party Administrator-Appellant-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2010-169 (2-08-46774))

ORDER APPROVING THE AUGUST 14, 2017
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, Chief Judge, and Fujise and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal filed on August 14, 2017, it appears that Appeal No. CAAP-16-0000650 has not been docketed, and that the parties seek to dismiss the appeal pursuant to Rule 42 of the Hawai'i Rules of Appellate Procedure (HRAP). Therefore, pursuant to HRAP Rule 42(a), which is applicable where no record on appeal has been docketed,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, August 23, 2017.

Chief Judge

Associate Judge

Associate Judge

2